**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOSE MANUEL QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>JEFFERY PERKINS,<br><br>Respondent. | NO. 4:24-cv-05114-TOR<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR RECONSIDERATION OR CLARIFICATION OF DISCOVERY PROCEDURES |

The Court, having considered Respondent's Motion for Reconsideration or Clarification of this Court's Order dated March 26, 2025 (ECF No. 23), and finding good cause shown,

IT IS HEREBY ORDERED that:

1. The Court's Order of March 26, 2025 (ECF No. 23) directing the parties to conduct a Rule 26(f) conference and file a Joint Status Report is VACATED.

ORDER GRANTING RES'S MOT. FOR RECON. OR CLARIFICATION OF DISC. PROCEDURES (PROPOSED)
NO. 4:24-CV-05114-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

2. Petitioner's Motion for Extension of Time (ECF No. 24) is GRANTED. Petitioner shall have sixty (60) days from the date of this Order to file his traverse or reply to Respondent's Answer.

3. Should Petitioner seek discovery in this habeas proceeding, he must file a separate motion pursuant to Rule 6 of the Rules Governing Section 2254 Cases demonstrating good cause for specific discovery requests.

4. Following the filing of Petitioner's traverse or the expiration of time to file such traverse, whichever occurs first, the Court will take this matter under advisement for decision on the pleadings and record.

DATED this  21st  day of    April    2025.

THOMAS O. RICE
United States District Judge

Presented by:
NICHOLAS W. BROWN
Attorney General

s/ C. Mark Fowler
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING RES'S MOT. FOR
RECON. OR CLARIFICATION OF DISC.
PROCEDURES (PROPOSED)
NO. 4:24-CV-05114-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445